DAVID D. WEAVER, an Infant, by Guardian, etc., Respondent, v. JOHN N. BULLIS, Appellant.

(Submitted June 16, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 11, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial without a jury, and affirmed an order denying a motion for a new trial.

*Daniel W. Guernsey* for appellant.

*Hackett & Williams* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

———————————

STEWART H. PINK, Respondent, v. WILLIAM S. CHURCH, as Administrator, etc.. Appellant.

(Argued June 18, 1891; decided October 6, 1891 )

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 11, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Allison Butts* for appellant.

*Stephen G. Guernsey* for respondent.

Agree to affirm: no opinion.
All concur.
Judgment affirmed.